

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

APR 2 2 2008

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

CHARLES PALADINO

v.

LEON KING, II, et al.

CIVIL ACTION

NO.  07-370

## O R D E R

AND NOW, this 21 day of Apr , 2008, upon
consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, the Response
thereto, and all of petitioner's remaining motions, after review of the Report and
Recommendation of United States Magistrate Judge L. Felipe Restrepo, and in light of
petitioner's § 2241 petitions filed in Civil Action Nos. 07-4342 and 07-3464, for the reasons set
forth in the Report and Recommendation filed in this action and the Reports and
Recommendations filed in petitioner's two other habeas cases, Civil Action Nos. 07-4342 and
07-3464, it is hereby ORDERED that: *and after reviewing the objections of Petitioner*

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Petitioner's three habeas petitions shall be consolidated under this civil
action, Civil Action No. 07-370, and Civil Action Nos. 07-4342 and 07-3464 shall be
closed;

3. The consolidated Petitions for Writs of Habeas Corpus are DISMISSED,
without prejudice;

4. Petitioner's remaining motions are DENIED;

1

5.  A certificate of appealability shall not issue since, for the reasons explained in the Report and Recommendation, a reasonable jurist could not conclude that the Court is incorrect in dismissing the petition without prejudice.

BY THE COURT:

BERLE M. SCHILLER, J.

2